IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOSE MARTIN REYES LOZANO, #195578**            **PETITIONER**

v.            **CIVIL ACTION NO. 1:16-cv-29-HSO-LRA**

**STATE OF MISSISSIPPI**            **RESPONDENT**

## FINAL JUDGMENT

This matter is before the Court sua sponte.  The Court, after a full review and consideration of the record in this case and relevant legal authority, finds that in accord with its Order of Dismissal entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 20th day of May, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE